Eric M. Creizman
Direct T 212.209.4358  F 212.409.8385
ECreizman@atllp.com

**MEMO ENDORSED**

June 18, 2020

*By ECF*

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Sholem Steinberg*, **18-CR-614 (KMK) (SDNY)**

Dear Judge Karas:

I represent Sholem Steinberg in the above-referenced case. On consent of the government, I am writing to respectfully request an adjournment of Mr. Steinberg's sentencing to a date in September 2020 or thereafter that is convenient to the Court.

This is Mr. Steinberg's second request for an adjournment of his sentencing hearing. Mr. Steinberg's original sentencing date was scheduled for May 12, 2020. The Court granted Mr. Steinberg's previous motion to adjourn the sentencing hearing, on consent of the government, to June 23, 2020. Mr. Steinberg had requested a date in late June, early July, or August because we needed additional time to confer with Mr. Steinberg to adequately prepare his sentencing submission in light of the difficulties caused by the coronavirus pandemic.

We are requesting a second adjournment in light of the fact that we would need an additional week to finalize the sentencing submission in order to submit it two weeks before the sentencing hearing as required under the Court's Individual Rules of Practice for Sentencing, and, as I understand it, the Court will not likely be open to the public in early July. Given that Mr. Steinberg would prefer to be sentenced in person and in light of the religious observances in mid-to-late July, we respectfully request that the Court adjourn Mr. Steinberg's sentencing to a date in September or thereafter that is convenient to the Court.

Case 7:18-cr-00614-KMK Document 136 Filed 06/18/20 Page 2 of 2
Case 7:18-cr-00614-KMK Document 138 Filed 06/22/20 Page 2 of 2

Hon. Kenneth M. Karas
June 18, 2020
Page 2

I thank the Court for its consideration in this matter.

Respectfully,

/s/ Eric M. Creizman

Eric M. Creizman

cc: Assistant United States Attorney Michael Maimin

> Granted. The Court will hold the sentence on October 8, 2020 at 10:00 AM

SO ORDERED

KENNETH M. KARAS, U.S.D.J.
6/22/2020