Eric M. Creizman
Direct  **T** 212.209.4358  **F** 212.409.8385
ECreizman@atllp.com

October 28, 2020

*By ECF (cover letter only) and*
*Citrix ShareFile Email (cover letter and video)*

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:     *United States v. Sholem Steinberg*, 18-CR-614 (KMK)

Dear Judge Karas:

I represent Sholem Steinberg in the above-referenced case.

Please find attached a secure link to a mp4 video file containing a sentencing presentation on behalf of Mr. Steinberg, which is approximately 25 minutes in length. This video contains footage edited from approximately five hours of interviews I conducted over Zoom during May 2020, and incorporates relevant photographs and videos.

The subjects of these interviews, who consist of members of Mr. Steinberg's family, as well as his neighbors, friends, students, and supervisors of his volunteer work, requested that I interview them because they believed they could better articulate their feelings about Mr. Steinberg and their observations about his character through verbal communication rather than by written letter. Having conducted the interviews and edited them for this video submission, I respectfully submit that this video sentencing submission conveys the "history and characteristics of the defendant" under 18 U.S.C. § 3553(a)(1) in the most effective manner, and consequently, will assist the Court in fashioning an appropriate sentence for Mr. Steinberg.

Hon. Kenneth M. Karas
October 28, 2020
Page 2

The video consists of the following interviews:

1. Deborah Steinberg (Mr. Steinberg's spouse)

2. Mr. Steinberg's eldest son

3. Rabbi Ezriel Mandel, Principal of Yeshiva Kochvei Ohr, where Mr. Steinberg teaches

4. Two of Mr. Steinberg's former students (over age 18), and one current student (then 17 years old) at Yeshiva Kochvei Ohr

5. Aaron Berkowitz, the founder of the Thank You Hashem movement

6. Leah Krausz, the Executive Director of Vaad Refuah, a non-profit organization providing advocacy services for hospital patients, as well as First Aid and CPR courses to elementary school students, teenagers, and adults

7. Issy Perlmutter and Leiby Markowitz, residents of Mr. Steinberg's neighborhood and fellow congregants of the synagogue Mr. Steinberg attends

8. Josh Morris, a friend of Mr. Steinberg and a volunteer for the United States Coast Guard Auxiliary

9. David Steinberg, Mr. Steinberg's brother

A secure link to the video file is also attached for the attorneys for the government. Unless otherwise instructed by the Court, I will provide a link to the video for any defense counsel who requests it.

I thank the Court for its consideration in this matter.

Respectfully submitted,

/s/ Eric M. Creizman
Eric M. Creizman

cc: Michael D. Maimin, Esq., Hagen C. Scotten, Esq., and Vladislav Vainberg, Esq.
Assistant United States Attorneys

All Defense Counsel of Record (by ECF)