Eric M. Creizman
Direct **T** 212.972.0200  **F** 212.409.8385
ECreizman@atllp.com

January 31, 2023

*By ECF*

The Honorable Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

**Re:** *United States v. Sholem Steinberg*, 7:18-CR-614 (KMK) (SDNY)

Dear Judge Karas:

I represent Sholem Steinberg in the above-referenced case. On November 7, 2022, the Court imposed sentence on Mr. Steinberg and ordered that he surrender on February 15, 2023 for service of his term of incarceration at the institution designated by the Bureau of Prisons. *See* Judgment dated Dec. 20, 2022 (ECF 239) at 2. As of today, neither Mr. Steinberg nor defense counsel has received notice of the Bureau of Prisons' designation.

I am writing to respectfully request that Mr. Steinberg's deadline to surrender be extended from February 15, 2023 to April 19, 2023. Mr. Steinberg's oldest son and his wife are expecting their first child (and Mr. Steinberg's first grandchild), and the estimated due date is during the first week of April 2023. Furthermore, the Passover holiday this year begins on April 5, 2023 and ends on April 13, 2023. We are requesting this two-month extension of Mr. Steinberg's surrender date to enable him to spend time with his newborn grandchild and to celebrate Passover with his family before he begins serving his term of 12 months and one day of imprisonment. Mr. Steinberg has scrupulously abided by the conditions of his release since his arrest on August 29, 2018.

The government opposes this motion.

This is Mr. Steinberg's first request for an extension of his deadline to surrender. Absent extraordinary circumstances prior to his surrender date—such as the Bureau of Prisons failing to

Hon. Kenneth M. Karas
January 31, 2023
Page 2

designate an institution where Mr. Steinberg will serve his sentence—we neither expect nor intend to request a further adjournment of his deadline to surrender.

I thank the Court for its consideration in this matter.

Respectfully,

/s/ Eric M. Creizman
Eric M. Creizman

Attachment

cc:   Michael D. Maimin, Esq., Hagan Scotten, Esq., and Vladislav Vainberg, Esq.
      (by ECF and email)
      Assistant United States Attorneys

> Denied. Defendant needs to begin serving his sentence. That there are family matters that he might want to be present for is not a reason for further delay. Nor is the fact that a facility has not yet been designated.
>
> So Ordered.
>
> 1/31/23

ARMSTRONG TEASDALE LLP